UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-71 (MJD-JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM VERMIE,

    Defendant.

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE THE MOTION HEARING**

The United States of America respectfully requests a brief continuance of the motion hearing originally set for April 6, 2026. The United States conferred with Counsel, and there is no objection to the requested brief continuance.

Dated: April 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Zain Abid*

BY:  ZAIN ABID
Special Assistant U.S. Attorney