UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-71 (MJD-JFD)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WILLIAM VERMIE,

        Defendant.

**GOVERNMENT'S MOTION TO CONTINUE THE MOTION HEARING PREVIOUSLY SET FOR APRIL 6, 2026**

The United States of America respectfully moves this Court for an order continuing the motion hearing currently set for April 6, 2026.  ECF No. 23. The undersigned is unavailable on that date.  The undersigned's replacement counsel is available no earlier than April 10, 2026.  The United States respectfully requests a continuance to a date on or after April 10, 2026.  The United States has conferred with counsel.  Mr. Vermie does not object to the Government's request for a continuance of the hearing.

Dated: April 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Zain Abid*
BY:   ZAIN ABID

Special Assistant U.S. Attorney