

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse    Telephone: (612) 664-5600*
*300 South Fourth Street              Fax:  (612) 664-5787*
*Minneapolis, MN  55415*

April 22, 2026

**VIA ECF – *EX PARTE* AND UNDER SEAL**
The Honorable John F. Docherty
United States District Court
316 North Robert Street
St. Paul, MN 55101

  Re: United States v. Vermie
     Criminal No. 26-MJ-71 (MJD/JFD)

Dear Magistrate Judge Docherty:

  The United States respectfully submits this *ex parte* and sealed supplement to its response to Defendant's Motion for Disclosure Under Rule 6. This case was never presented to any Grand Jury, and thus, there was never a "no bill" nor any transcript of any Grand Jury proceeding. Thus, Mr. Vermie's motion should be denied.

       Sincerely,

       DANIEL N. ROSEN
       United States Attorney
       *s/Richard M. Hoover*

       BY: RICHARD M. HOOVER
       MND No. 710133MA
       Special Assistant U.S. Attorney
       DOJ-USAO
       District of Minnesota
       300 South Fourth Street
       Minneapolis, MN 55415
       202-251-2107
       Email: richard.hoover@usdoj.gov