# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

William Vermie,

               Defendants.

**COURT MINUTES**
BEFORE: JOHN F. DOCHERTY
U.S. MAGISTRATE JUDGE

Case No. 26-MJ-71 (MJD/JFD)
Date:         April 27, 2026
Location:    Courtroom 6A, St. Paul
Court Reporter:   Lori Morrow
Time Commenced:  10:03 A.M.
Time Concluded:   10:51 A.M.
Time in Court:     48 minutes

## MOTIONS HEARING

**APPEARANCES:**

| | |
|---|---|
| For the United States: | Richard Maxim Hoover, Robert Tucker |
| For William Vermie: | Aaron J. Morrison |

**PROCEEDINGS**:

Hearing on Mr. Vermie's Motions at Dkt. Nos. 24–27. Mr. Vermie submitted, and the Court received, Defense Exhibit 1, a copy of the audio recording of the interview of the alleged officer victim in this case. The Court ordered the government's Letter, filed at Docket Number 39, to be unsealed.

After unsealing the letter at Docket Number 39, the Court **DENIED as moot** Mr. Vermie's Motion for Disclosure Pursuant to Fed. R. Crim. P. 6(e) (Dkt. No. 25).

Mr. Vermie requested, and the Court granted, permission to submit orders from other courts in this District on the issues to be addressed in the motions. Mr. Vermie notified the Court that he planned to exercise his right to have this case heard by the District Judge assigned to this case, the Honorable Michael J. Davis.

United States' post-hearing brief due: **May 11, 2026**
Defendant's post-hearing brief due: **May 22, 2026**
Motions taken under advisement on **May 22, 2026**

/s DRD
Judicial Law Clerk