UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-71 (MJD/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM VERMIE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **GOVERNMENT'S MOTION TO DISMISS** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and LeeAnn K. Bell, Special Assistant United States Attorney, hereby requests that the Court dismiss this case with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 3, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/LeeAnn K. Bell*

BY: LEEANN K. BELL
MND No. 318334
Special Assistant U.S. Attorney